**E-FILED**
Thursday, 02 April, 2015 10:14:36 AM
Clerk, U.S. District Court, ILCD

1. nAme: JOshuA lee Hoskins
list of alias nAmes: N/A

---

2. Any current/prior
   Prison ID Numbers): R54570

3. Jail ID number(s): I cAnt Renumber them
   nAme of Jail(s): COOK county Jail / D.O.C.

4. Date of Birth: April 15th 1988

5. Home Address
   street nAme and number: 7723 S. 1Angley
   city, state And Zip code: Chicago illinois 60619

United States District Court
Central District of Illinois

JOSHUA HOSKINS
_____
Plaintiff

VS.

K.Prentice, MS.Henry, MR.Pierce, MR.Francoso
C.Creech, E.Vilt, MR.Taylor, M.M.Melvin
MR.McGinnis, MR.Shull, MR.Moronoy, MS. A.Moteler
MR.Eutsey, MR.Delong, ME.Holk, MR.J.Bennett
Defendant(s)

Case No. _____

## Complaint

☑ 42 U.S.C. 1983 (suit aginits **state officials** for constitutional violations)
☐ 28 U.S.C. 1331 (suit aginits Federal **officials** for constitutional violations)
Other
_____

NOW comes the plaintiff JOSHUA Hoskins, and states as
follows:

My current address is: PONTIAC Correctional center P.O. box 99
PONTIAC illinois 61764
_____

THE defendant M.S.K.Prentice _____ is employed as Correctional
MAJOR _____ at PONTIAC Correctional center

THE defendant MR.C.Creech _____ is employed as lieutenant (Correctional
lieutenant (L.t.) _____ at PONTIAC Correctional center

THE defendant P.M. Cullinan is employed as Correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant MR. Eutsey is employed as Correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant MS. HENRY is employed as Correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant E. Vitt is employed as Correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant MR. SHUI    MR. D. SHUI #537
is employed as Correctional
MAJOR at PONTIAC CORRECTIONAL center

THE defendant MR. Delong is employed as Correctional
MAJOR at PONTIAC CORRECTIONAL center

THE defendant GUY D. Pierce is employed as Correctional
ASSISTANT WARDEN (A/W) at PONTIAC CORRECTIONAL center

THE defendant MR. M. TAYLOR is employed as Correctional
Lieutenant (Lt) at PONTIAC CORRECTIONAL center

THE defendant MR. MORONEY is employed as Correctional
Officer at PONTIAC CORRECTIONAL center

THE defendant SCOTT Holte is employed as Correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant V. TRANCOSO is employed as Correctional
MAJOR at PONTIAC CORRECTIONAL center

THE defendant Michael P. Melvin is employed as Correctional
Superintendent (Supt) at PONTIAC CORRECTIONAL center

THE defendant ANABelle Motteler is employed as Correctional
ASSISTANT WARden (A/W) at PONTIAC CORRECTIONAL center

1 the defendant  J. Berner
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant Mr. Boland J
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant Mr. Leonard #1
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant Mr. Shumaker
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant Randy Pfister
Warden
is employed as Correctional
at Pontiac Correctional center

The defendant P. Thorson
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant  Mr. Posey
Major
is employed as Correctional
at Pontiac Correctional center

The defendant R. Hitchens
Lieutenant (L.t.)
is employed as Correctional
at Pontiac Correctional center

The defendant Andrew Tildin
Healthcare Unit medical Director
H.C.U. medical Director
is employed as Correctional
at Pontiac Correctional center

The defendant  Jane Doe
Nurse (LPN)
is employed as Correctional
at Pontiac Correctional center

The defendant John Doe
Nurse  (LPN)
is employed as Correctional
at Pontiac Correctional center

The defendant Jane Doe
Nurse (LPN)
is employed as Correctional
at Pontiac Correctional center

The defendant Ms. Keshleman
med tech (cmt) medical technician
is employed as Correctional
at Pontiac Correctional center

The defendant  Jane Doe
Nurse (LPN)
is employed as Correctional
at Pontiac Correctional center

The defendant  Jane Doe
Nurse (LPN)
is employed as Correctional
at Pontiac Correctional center

THE defendant ~~JANET~~ is employed as correctional
NURSE (LPN) at PONTIAC correctional center

THE defendant MS. K. DAVIDSON is employed as CORRECTIONAL
lieutenant (Lt.) INTERNAL AFFAIRS COORDINATOR at PONTIAC CORRECTIONAL center

THE defendant JANE DOE is employed as correctional
NURSE (LPN) at PONTIAC CORRECTIONAL center

THE defendant John Doe is employed as correctional
NURSE (LPN) at PONTIAC correctional center

THE defendant John Doe #1 is employed as CORRECTIONAL
medical technician / med technian (cmt) at PONTIAC correctional center

THE defendant JOHN Wheat is employed as correctional
MAJOR at pontiac correctional center

THE defendant MS. SKEENS is employed as correctional
lieutenant (Lt.) at PONTIAC CORRECTIONAL Center

THE defendant John DOE is employed as CORRECTIONAL
NURSE (LPN) at PONTIAC correctional center

THE defendant MS. Diane POUK ~~JANE DOE~~ is employed as CORRECTIONAL
(Wexford Health CAre service nursing supervisor/director) HEALTH CARE UNIT supervisor Director, Administrator at PONTIAC CORRECTIONAL cunter

THE defendant ~~JANE DOE~~ V. GONZALEZ is employed as CORRECTIONAL
NURSE LPN at PONTIAC CORRECTIONAL center

THE defendant John Doe is employed as CORRECTIONAL
NURSE LPN at PONTIAC CORRECTIONAL center

THE defendant ~~JANE DOE~~ A. MOOR HOUSE is employed as CORRECTIONAL
Medical technician (cmt) at PONTIAC CORRECTIONAL Center

THE defendant JANE Doe is employed as CORRECTIONAL
NURSE (LPN) at PONTIAC CORRECTIONAL center

THE defendant MR. HOBART is employed as CORRECTIONAL
MAJOR at PONTIAC CORRECTIONAL center

THE defendant MR. Lewis is employed as CORRECTIONAL
lieutenant (Lt.) at PONTIAC CORRECTIONAL center

THE defendant ~~John Doe~~ Joe Nemerg / Nemer? is employed as CORRECTIONAL
Medical technician (med tech) cmt at PONTIAC CORRECTIONAL center

THE defendant ~~JANE DOE #1~~ is employed as CORRECTIONAL center
medical technician (cmt) at PONTIAC CORRECTIONAL center

THE defendant JANE DOE NURSE (LPN) is employed as medical personnel staff at PONTIAC CORRECTIONAL CENTER

THE defendant JANE DOE medical technician (med tech) cnt is employed as CORRECTIONAL at PONTIAC CORRECTIONAL CENTER

THE defendant JANE DOE NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant MR. OJELADE physician (Doctor) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant John overfelt NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant D. AFOLABI NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant Adam GRIEFF NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant MR. LONG lieutenant (Lt.) is employed as security supervisor CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant Teri Kennedy CORRECTIONAL COUNSELOR C.C.II is employed as Caseworker supervisor/Administrator CASEWORKER SUPERVISOR clinical service supervisor at PONTIAC CORRECTIONAL center

THE defendant JANE DOE NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant JANE DOE NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant JANE DOE NURSE (LPN) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant MR. HADSALL MAJOR is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant JAMES A. CRUSO DOCTOR (physician) is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant MS. K. SHULL Office Administrator III

THE defendant J. JAMES CORRECTIONAL COUNSELOR C.C.I is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant Kathleen Bruner CORRECTIONAL COUNSELOR C.C.II is employed as CORRECTIONAL at PONTIAC CORRECTIONAL center

THE defendant Amy Melvin is employed as Correctional Health information Associate at pontiac correctional center

THE defendant MR. Shelton is employed as Correctional lieutenant (L.t.) at pontiac correctional center

THE defendant MR. Le Roy sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

THE defendant MR. Blackwell sergeant (S.G.t.) is employed as Correctional at pontiac correctional center

THE defendant MR. Schardan lieutenant (L.t.) is employed as Correctional at pontiac correctional center

THE defendant MR. winemiller lieutenant (L.t.) is employed as Correctional at pontiac correctional center

THE defendant K. sandlin correctional counselor c.c.II is employed as Correctional at pontiac correctional center

THE defendant Raymond lovell Correctional counselor c.c.II is employed as Correctional at pontiac correctional center

THE defendant Dave lingle clinical service supervisor

THE defendant travis Bayler correctional counselor c.c.II is employed as Correctional at pontiac correctional center

THE defendant John schuster NURSE (License practical nurse/LPN) is employed as Correctional at pontiac correctional center

THE defendant Jerome mitchell ~~John Doe~~ Dentist is employed as Correctional at pontiac correctional center

the defendant S. Simpson grievance officer is employed as Correctional at pontiac correctional center

the defendant MR. white cotton lieutenant (L.t.) is employed as Correctional at pontiac correctional center

the defendant MR. webber internal affairs (I.A.) officer is employed as Correctional pontiac correctional center

the defendant Jim B. Attig internal affairs (I.A) officer is employed as Correctional at pontiac correctional center

the defendant Jane Doe #1 dentist is employed as Correctional at pontiac correctional center

the defendant mr. mcclutt is employed as correctional
MAJOR at Pontiac correctional center

the defendant mr. T. Wells is employed as correctional
sergeant (S.Gt.) at Pontiac correctional center

the defendant mr. todd is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant mr. Bell is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant mr. Dahlen is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant mr. leonard #2 is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant T. Nodine is employed as correctional
sergeant (S.Gt.) at Pontiac correctional center

the defendant mr. Blackard John Doe is employed as correctional
MAJOR at Pontiac correctional center

the defendant mr. Allen is employed as correctional
sergeant (S.Gt.) at Pontiac correctional center

the defendant mr. lindsay is employed as correctional
sergeant (S.Gt.) at Pontiac correctional center

the defendant mr. Davis is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant J. Olson is employed as correctional
internal affairs officer (I.A.) at Pontiac correctional center

the defendant John Doe #1 is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant tod punke is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant mr. french is employed as correctional
lieutenant (L.t.) at Pontiac correctional center

the defendant par. Rains is employed as correctional
sergeant (S.G.t) at pontiac correctional center

Litigation History
_____

A. HAVE you EVER BROUGHT any other lawsuits in state or federal court dealing with the same facts involved in this case

B. HAVE you EVER BROUGHT any other lawsuits in state or federal court while incarcerated

C. If your answer to B is yes, how many? __11__ describe the lawsuit in the space below (If there is more than one lawsuit describe the additional lawsuits on another piece of paper using the same outline

1. PARTIES to PREVIOUS lawsuit:
   PLAINTIFF(S) JOSHUA HOSKINS
   _____

   Defendant(s) thomas DART, Alexander pitts, steven Young, ISIAKA ADENIYI, marilyn pennington, DARL wiley MR muschison
   Ms. Price, MR. EARNY, MR. A KHAN
   _____

2. COURT (if federal court, give name of district; if state court give name of county)? U.S. District court N.D. illinois

3. Docket Number / Judge 12 CV 4256

4. BASIC CLAIM MADE: the case was dismissed

5. Disposition: the case was dismissed

6. APPROXIMATE date of filing of lawsuit: MAY 23, 2012

7. Approximate date of disposition: August 9th 2012

## EXHAUStion of Administrative Remedies

A. Is there a grievance procedure available at your institution? Yes

B. Have you filed a grievance concerning the facts relating to this complaint? yes

C. Is the grievance process completed? NO because the punitive correctional center staff's isn't allowing me to utilize the grievance system which is stated in this complaint I did everything I could to exhaust my Administrative Remedies.

A. HAVE you BROught anyother lawsuits in state or federal court dealing with the same facts involved in this case? NO

B. HAVE you BROught anyother lawsuits in state or federal court while incarcerated
2 yes

1. If your answer to B is yes, how many? 1 Describe the lawsuits in the space below

· PARties to previous lawsuit:
plaintiff(s) Joshua Hoskins
Defendant(s) thomas Snooks, leroy MARtaniAk, thomas suooks

2. Court (if federal court, give NAME of district; if state court, give NAME of county
U.S. District court N.D. illinois

3. Docket Number/ Judge: 09 CV 5145. Blanche m. MAnning

4. BAsic claim made: failure to protect.

5. Disposition: the case settled out.

6. Approximate date of filing of lawsuit: August 21st 2009.

7. Approximate date of disposition: In June 2011 I cant Remember the exact date.

A. HAVE you BROught anyother LAwsuits in state OR federal court detling with the same facts involved in this case? NO

B. HAVE you BROught anyother Lawsuits in state OR federal court while incarcerated? Yes

1. If your answer to B is yes, how MANY? 11 Describe the Lawsuit in the space below.

1. PARties to previous Lawsuit:
PlAintiff(s) Joshua Hoskins
Defendant(s) thomas Dart matthew cobble

2. COURt (if federal court, give NAme of district; if state court, give NAme of county
U.S. District court N.D. Illinois

3. Docket Number / Judge: 09 cv 5730 Blanche m. manning

4. BASic Claim made: Excessive force physical Abuse

5. Disposition: the case settled out.

6. APPROximate date of filing of Lawsuit: in september 2009, I cant remember the exact date.

7. Approximate date of disposition: in June 2011 I cant remember the exact date.

A. Have you Brought any other lawsuits in state or federal court dealing with the same facts involved in this case? NO

B. Have you Brought any other lawsuits in state or federal court while incarcerated? Yes

C. If your answer to B is yes, how many? 11 Describe the lawsuits in the space below

1. Parties to previous lawsuit:
PLAINTIFF(s) JOSHUA HOSKINS
Defendant(s) Thomas Dart, Avery Hart, Cynthia Jones, Barbara tate, Barbara Davis

2. COURT (if federal court, give NAME of district; if state court, give NAME of county
U.S. DISTRICT COURT N.D. Illinois

3. DOCKET Number / Judge: 09 CV 5915, Blanche m. manning

4. BASIC claim made: denial of medical treatment and medication

5. Disposition: the case settled out.

6. Approximate date of filing of lawsuit: in september 2009 I cant Remember the exact date.

7. Approximate date of disposition: March 29, 2012

4. Have you Brought anyother lawsuits in state or federal court dealing with the same facts involved in this case? NO

3. Have you Brought anyother lawsuits in state or federal court while incarcerated
2 yes

2. If your answer to B is yes, how many? 11   Describe the lawsuit in the space below

1. parties to previous lawsuit
plaintiff(s) Joshua Hoskins
Defendant(s) thomas Dart, Salvador A Godinez, Mr holmes, Mr. Manos, Mr Jefferson, Mr. Vargas Mr. toro
Mr. Aguirre, Mr. Bett, Mr. Devogoleir

2. court (if federal court, give name of district: if state court, give name of county: U.S. District court N.D. illinois.

3. Docket Number/ Judges 1:10 CV 00676, Blanche m. manning.

4. Basic claim Made: the case was dismissed.

5. Disposition: the case was dismissed.

2. Approximate date of filing of lawsuit: in february 2010 I can't remember the exact date

7. Approximate date of disposition: in february or march 2010 I can't Remember the exact month nor date.

A. Have you Brought any other lawsuits in state or federal court dealing with the same facts involved in this case? NO

B. Have you Brought another lawsuits in state or federal court while incarcerated? Yes

C. If your answer to B is yes, how many? 11   Describe the lawsuit in the space below)

1. parties to previous lawsuit
Plaintiff(s) Joshua Hoskins
Defendant(s) thomas Dart, Salvador A. Godinez, J. Ferrell, MS. Lee, Mr. Taylor, Mr. Crawford, Mr. Broadway Mr. Allen, Mr. Martin, Mr. Dart

2. Court (if federal court, give name of district; if state court, give Name of county
U.S. District court N.D. illinois

3. Docket Number/Judge: 1:10 CV 00677

4. Basic claim made: Case dismissed (the case) was dismissed

5. Disposition: the case was dismissed.

6. Approximate date of filing of lawsuit: in february 2010 I can't remember the exact date

7. Approximate date of disposition: in february or march 2010 I can't remember the exact month nor date

4. Have you Brought any other Lawsuits In state or federal court dealing with the same facts involved in this case? NO

B. Have you Brought any other Lawsuits in state or federal court while incarcerated? Yes

---

1. If your answer to B is Yes how many? 11 Describe the Lawsuit in the space below.

. parties to previous Lawsuit
Plaintiff(s) JOSHUA HOSKINS

Defendant(s) Thomas Dart, SALVADOR A Godinez, MR. YOUNG, MR. BROADWAY, MR. TAYLOR, MR. GRIFFIN, MR. Stiman MR. MARTINEZ

2. Court (if federal court, give Name of district: if state court, give Name of county:
U.S. District Court N.D. illinois.

3. Docket Number / Judge: 1:10 CV 00702. Blanche m. manning.

4. Basic claim made: the case was dismissed.

5. Disposition: the case was dismissed.

6. Approximate date of filing of Lawsuit: in february 2010. I can't Remember the exact date

7. Approximate date of disposition: in february or March 2010. I can't Remember the exact month Nor date.

A. HAVE you Brought another LAwsuits In state or federal court dealing with the same facts Involved in this case? NO

B. HAVE you Brought another Lawsuits In state or federal court while incarcerated
2 yes

C. If your Answer to B is yes, how many? 11 Describe the lawsuit in the space below.

1. parties to previous Lawsuit
PLAINTIFF(S) Joshua Hoskins
Defendant(s) thomas Dart, MR. Hovel, MR. Nalepa, MR. Jara, MR. Lofton, MR. S. Godinez I believe these were the defendants plase correct me if im wrong.

2. Court (if federal court, give NAme of district: If state court give Name of county:
U.S. District court N.D. illinois

3. Docket Number / Judge: 1:10 CV00703

4. BAsic Claim made: the case was dismissed

5. Disposition: the case was dismissed.

6. Approximate date of filing of lawsuit: in february 2010 I cant remember the exact date.

7. Approximate date of disposition: in february OR MARch 2010 Icant remember the exact month NOR date.

A. Have you Brought any other Lawsuits in state or federal court dealing with the same facts involved in this case? No

B. Have you Brought any other Lawsuits in state or federal court while in Carcerate? Yes

C. If your Answer to B is yes, how many? 11 Describe the Lawsuit in the space below.

1. parties to previous Lawsuit
Plaintiff(s) Joshua Hoskins
Defendant(s) Thomas Dart, S. Godinez, mr. cobble, mr. holmes, I believe those were the defendants correct me if im wrong thank you.

2. Court (if federal court, give name of district; if state court, give name of county;
U.S. District court N.D. Illinois

3. Docket Number/Judge: 1:10CV00704 Blanche m. manning

4. Basic claim made: the case was dismissed.

5. Disposition: the case was dismissed.

6. Approximate date of filing of Lawsuit: in february 2010, I cant Remember the exact date.

7. Approximate date of disposition: in february or march 2010, I cant Remember the exact month nor date.

A. HAVE you Brought any other LAWsuits in state or federal court dealing with the same facts involved in this case? NO

B. HAVE you Brought any other LAWsuits In state or federal court while incarcerated? yes

C. If your answer to B is yes, how many? 11   Describe the LAWsuit in the space below.

1. PARties to previous lawsuit
PLAINtiff(s) Joshua Hoskins
Defendant(s) thomas DART, S. Gaodinez, MR.Young, MR.NAlepa, MR.FeRReu, MR.Charter, MR.Griffin
MR.Wright

2. court (if federal court, give Name of district; if state court, give Name of county: U.S. District court M.D. illinois.

3. Docket Number / Judge: 1:10 CV 705. BlAnche M. MANNing.

4. BAsic claim made: the case was dismissed,

5. Disposition: the case was dismissed.

6. Approximate date of filing of LAWsuit: in february 2010 I can't Remember the exact date.

7. Approximate date of disposition: in february or MARch 2010, I can't Remember the exact month Nor date.

A. Have you Brought any other lawsuits in state or federal court dealing with the same facts involved in this case? NO

B. Have you Brought any other lawsuits in state or federal court while incarcerated? Yes

1. If your answer to B is yes, how many? 11  Describe the lawsuit in the space below.

1. Parties to previous lawsuit
Plaintiff(s) Joshua Hoskins

Defendant(s) thomas Dart, Mr. Cobble, Mr. holmes, S. Grodinez I believe those were the defendants correct if im wrong.

2. Court (if federal court, give Name of district. if state court, give Name of county.
U.S. District court N.D. illinois

3. Docket Number / Judge: 1:10 CV 00706. Blanche m. manning

4. Basic claim made: the case was dismissed

5. Disposition: the case was dismissed.

6. Approximate date of filing of lawsuit: In February 2010  I cant remember the exact date.

7. Approximate date of disposition: In february or march 2010, I cant remember the exact month nor date.

## Statement of Claim

Place of the Occurence Pontiac Correctional Center

Date of the Occurence September 25, 2014 to December 27th 2014 And still ongoing.

Witness to the Occurence NO Officers is gonna be witnesses Againts the defendants

State here briefly the facts that support your case. Describe how each defendant is involved. Do Not give Any legal arguments OR cite cases OR statues. Number each Claim in A separate paragraph. Unrelated claims should be raised in A separate civil action.

On September 25th 2014 while I was Housed in custody at the pontiac correctioral center in the East Cell House (ECH) I was Removed from the East Cell House and transfered to the West cell House (WCH) after East Cell House denied me my lunch tray (food) And falsely Accused me of declaring A hunger Strike once I arrived to the west cell House c/o mr.moroney was in the cage when He saw me He stated oH YEAH then yelled lieutenant ms.prentice look who is Here lieutenant ms.prentice came out of Her office come down the stairs stood on the side of me and my Personal property and stated yeah we been waiting on you c/o mr.moroney stated tell him About the cell we have for him prentice (lieutenant) lieutenant ms.prentice stated Hoskins you going into 521 the condition of the cell is like the last cell I HAd you in Remember when I had you in w102 that was full of shit (feces) pis (urine) yeah Hoskins you remember that cell lieutenant (Lt.) ms.prentice stated I see you still like putting me and staff member names in grievances Just kNow we got you Agtin I told lieutenant ms.prentice that I was Refusing to enter wcH 521 cell c/o (officer) mr.moroney stated if you Refuse to go in that cell im gonna come out of this cage and beat the fuck out of you I swear, lieutenant ms.prentice stated so go Ahead Hoskins Refuse So I could mace (pepper spray) you and let my staff beat your ass I was scared and decided to go up the stairs so I could be Housed in the unsanitized cell As I was going up the stairs I told lieutenant ms.prentice that I had 3 obituaries from family members death inside of the big pack of my court transcripts and was REQuesting that lieutenant ms.prentice do not send them to personal property nor my trial court transcripts and case laws in support of A criminal case post-conviction petition for Relief that I had to file I told lieutenant ms. prentice that im going to Rse my deadline to have my post-conviction Petition for Relief filed in the circuit court of cook And that all of my court trial transcripts case laws family obituaries and ink pens Are Allowed in my cell And if they wasn't they would have been confiscated by other cell house lieutenants and staff lieutenant ms.prentice stated we dont give a fuck about your family members obituaries fuck your Relatives on them obituaries fuck your trial transcripts case laws and you being on A deadline to Have A petition filed in court for Relief lieutenant ms.prentice stated She was gonna do everything she can to pirs me off Hurt my feelings and prevent (stop) me from getting Relief from the courts watch, Lt. ms.prentice stated All of my obituaries court Documents and everything was going into the garbage my winter coat clothing clothing, hygeine cosmetics Any photos All of your shit Just watch lieutenant ms.prentice stated this is A big payback for All the grievances wrote on her And institution Staff And A payback for Assaulting Stateville c.c. officer (c/o) J.Allen Lt.ms.prentice stated yeah like I told you before, that Assault was Reviewed in your Disciplinary tracking History c/o mr.moroney stated you think we give a fuck About your family Relatives obituaries

fuck them they deserve it, you assaulted that staff while c.c. officer J. Allen you wrote grievances on me put my name in grievances and wrote grievances on ALOT OF institution security staffs (Officer) c/o MR. Moroney Stated so take your ass in 521 And enjoy drinking HOTWATER lieutenant ms. Prentice stated HA HA you want be getting No coldwater in that cell nor will any shift staffs give you Ice, Move you to another cell Nor give you shit and it will be mentioned And Noted Agian like I did last time in April & may of this 2014 year the coldwater in that cell isnt broke its A trick how we do shit around Here where it would be Hard for us (inmates) to prove their (security staff) conduct if there is No other complaints about that cell and cold water notworking prior to you being Housed in that cell and after you been Housed in that cell its gonna be very Hard for you to prove our conduct Just watch I proceeded walking up the stairs c/o MR. Wilder Stated man Hoskins lieutenant ms. prentice And other staffs over here dont like you, you was discussed prior to you coming into the Westcell House (WCH) How it sound and been sounding around Here you gonna be treated like shit, How they been talking (security staff) about how i'm (plaintiff) gonna be treated the (c/o Wilder) will be surprised (surprised) if I dont kill myself or specially Hurt somebody cause due to him hearing what c/o MR. Moroney and Lt. ms. prentice said what they were gonna do to my family Relatives obituaries, common law Records transcripts and other things that belonged to me Hereing that as he stood on the stairs He would be suprised that I wouldnt snap out due to their threats and conduct torseme. I entered the West cell House (WCH) cell 521 where there was feces smeared All over the pep HArted doors shower hole, walls, sink, Bunk Bedding, table, light the mattress that was in the cell that I had No choice to sleep on was torn up that the cotton inside the mattress was coming out the mattress the mattress was smeared with Dried Blood human Feces, Flies And other small insects were flying all around the cell eating the feces that caused me to itch Real bad I told c/o G. Henkel about my unsanitized living cell conditions and about the sink coldwater notworking and that I was denied my food lunch tray officer MR. Henkel Stated that lieutenant (Lt.) ms. prentice Already knew about the conditions of the cell that She is not moving me to the other cells thats Available that she Housed me in 521 cell for A Reason And she told All officers on each shifts, And Left notes in the cage for All shifts cell house staffs and lieutenns to treat me like shit, dont give me shit nor move me to Any Available cells c/o MR. Henkel gave me my small legal correspondence box And a Laundry bag of mine with A blanket that had feces smeared on it and 2 sheets that had feces smeared on them my legal correspondence box was empty leaving me with No Hygiene products, Legal Documents, Reading material, mail, clothing items bedding sheets & blanket that I ARRived to the westcell House (WCH) nor was sanitized sheets or blanket that could have been issued to me from security staff lieutenant ms. prentice confiscated all of my legal Documents, photos, pens, writeups, Obituaries Lit. ms. prentice Confiscated everything She Stated she was gonna take without legal cause Nothing Happend for me during that shift. during the 3 to 11 shift officer MR. Newkirk was Assigned to work the 5 gallery in the west cell House (WCH) He immediately stated Hoskins its Noted by lieutenant ms. prentice that you HAve A staff Assault in your Disciplinary tracking History and Has A Habit of writing grievances on institution staffs (officers) which we All Know bond for All shifts officers Not to do anything for me so thats what they (officers) All is Abiding by. lieutenant c. creech did A walk on five gallery the lieutenant who was the cell House lieutenant I stoped him At my cell I identified my full name to him He stated out standing Now if you (plaintiff) is gonna tell me About your coldwater not working, you dont HAve sheets, blanket, hygiene supplies or is about to bring Any complaint & Request to me your Request is denied you were placed in that shitty (feces) cell by my buddy Lt. ms. prentice For A Reason and we all is Henkring whats been Noted by her and whats been Requested from Her this is what we do and How we treat innutes who write grievances on staffs & Officers and who Has staff assaults in their Disciplinary tracking History yeah Hoskins I Reviewed it

You HAVE A Staff Assault this involcon. And to other States/Medcac. Agints a officer name J. Allen He is A C/O and we is gonna be in His favor Agints you while you Here at the pontiac C.C. lieutenant C. Creech stated He been constantly Hearing About me (Hoskins) and had Saw me when He worked in the east cell House this month lieutenant C. Creech stated you (Plaintiff) is gonna be fucked by all of us (officers) while I'm Housed in the pontiac C.C. and for me to Just Watch lieutenant C. Creech exit the gallery. A male white C/o came on the 5 gallery in the west cell House (WCH) with the Nurse later after lieutenant C. Creech exit the gallery I identified my fullname to him He immediately stated trust me I know who you are knows about the unsanitized conditions of your cell, you being in there without coldwater being able to work from your cell Sink and knows about all the hygeine products and your other Needs but its noted by lieutenant ms. prentice for No officers on each shifts to not do shit for me. this C/o stated All staff will know when my conditions Have gotten better. then He walked off with A white female medteach name Amy I believed the C/o Name was DeVires (Devries) I of them later on during the 11 to 7 shift C/o mr. Ublish was Assigned to work the west cell House 5 gallery where I was Housed At. later on during the 11 to 7 shift C/o mr. Ublish walked the gallery twice while I was awake after the nurse served me my prescribed psychotropic medictions I informed C/o mr. Ublish twice About my unsanitized conditions of my cell not HAVing coldwater working from my Sink to drink, being denied my hygeine products, clothing clean Bedding sheets & blanket before I could finish C/o mr. Ublish cut me off on both occassions stating per lieutenant ms. prentice they were informed by her and it is noted by her for all staffs on each shifts to treat me like A Animal e/o mr. Ublish stated And Hoskins you should know by Now im not doing shit for you if I wasn't bettering your living cell conditions when we (officers) left you (plaintiff) in W102 for weeks full of Feces urine and other shit And wasnt giving you shit to clean your ass with C/o mr. Ublish walked off both times Repeating (After) Repeating himself and stated at all times that He would know when my conditions have gotten greater for me and will be informed when to give me what they suppose to give me And its No Need for me to bring my complaints to him (C/o ublish) everytime I see him that when they give me what they suppose to that would let me know that lieutenant ms. prentice Attitude has changed Agints me prior to him coming on the gallery those two times C/o A. lewis came to my cellhouse with A unknown name female nurse so that I could be served my prescribed psychotropic medictions c/o A. lewis immediately stated Hoskins if you gonna tell me Anything About your cell thats full of Shit (Feces) Smeared everywhere with No coldwater nor hygeine products and other shit we (officers) All Already knows whats going on with you we were told by lieutenant ms. prentice and it is noted by lieutenant ms. prentice for All officers to treat me like shit and the staffs (officers) would be informed of when we should give you what we suppose to give you c/o A. lewis walked off. the unknown name female nurse stated Hoskins I Remember they did you like this before back in A April and may of this 2014 year when you were Housed in W102 cell full of Feces and shit you must HAVE Really pissed lieutenant ms prentice off She stated that after I took my medictions then she walked off. Nothing Happend for me during that shift. on september 26th 2014 during the 7 to 3 shift c/o mr. Rodrick was Assigned to worked the west cell House five gallery when c/o mr. Rodrick And Another c/o name R. Kling conducted 7:00 Am count I identified my Name to c/o R. Kling He immediately stated I know who you are per lieutenant ms. prentice She told officers And its been Noted by L.t. ms. prentice for All officers on each shifts to treat me like Shit and dont give me what they suppose to give me do to me HAVing A staff/officer Assault in my Disciplinary tracking History And A History of writing grievances on Institution officers/staff this C/o R. Kling walked off c/o R. Rodrick past out breakfast trays c/o mr. Rodrick told me that per lieutenant ms. prentice and per all lieutenant ms. prentice post-notes No officers on any shifts is to provide me with hygeine products, sheets, blanket, A sanitized cell, clothing A cell that has cold water, No showers nor provide me with Anything period due to me Having A staff Assault in

-2-

my Disciplinary tracking and other security staff member. In the past or the breakfast trays the c/o Roderick started the 5 gallery showers c/o mr. Roderick came to my cell and stated lieutenant ms. prentice is downstairs and lieutenant ms. prentice had just told him (c/o Roderick) again not to give me no shower I was denied my once a week shower. When c/o mr. Roderick served lunch trays on five (5) gallery he came to my cell and stated lieutenant ms. prentice told all of the officers that I ("Hoskins") have been constantly sending letters to the governor of illinois Department of corrections about security staff conduct these me And have been constantly sending letters to the institution wardens superintendent majors internal affairs & intelligence unit. About cell house officers conduct these me c/o mr. Roderick stated Hoskins that (doing) that aint gonna do shit but make officers stay against you and treat you the way you been getting treated A cellhouse msu (the) worker unknown name who was assigned to the five gallery to clean it this unknown name msu worker came to my cell and stated A guy in cell 521 I responded He stated is your name Joshua Hoskins I responded yes He stated man you need to have somebody to contact your family due to the things I over hear lieutenant ms. prentice and the officers talking about. the msu worker stated lieutenant ms. prentice was telling the officers not to put me in any cell nor cell that Has coldwater, not to give me hygeine products Sheets, blanket, clothing or nothing that He over Heard lieutenant ms. prentice state that when She searched my personal property a day prior She (Lt.) Reviewed A obituary of my twin Brother and A obituary of my sister then distroyed them Alongwith distroying my legal court documents and took all of my clothing and cosmetic items leaving me with shit (Nothing) this unknown name inmate m.s.u. worker stated He Also Heard lieutenant ms. prentice tell the officers about complaints that I have been sending to the governor of the illinois Department of corrections wardens, superintendents, majors, internal affairs & intelligence unit staffs this m.s.u. worker left the gallery and came back on it and stated He Heard lieutenant ms. prentice state that she was planning on having her officers to physically abuse me and Nurse me to death. Nothing happend for me during that shift. during the 3toll shift c/o R. slaxton & c/o mr. Newkirk conducted count on the West cellhouse (wch) 5 gallery c/o mr. Newkirk stated Hoskins dont tell me shit about your cell issues and what you dont have my response will be the same as what I told you yesterday then He exit the gallery as c/o R. slaxton was serving Dinner trays on 5 gallery once He got to my cell He stated Hoskins im not texting to Hott your bullshit crying All shift About your cell being full of feces what you dont have to clean your ass with our Having cold water in your cell because im telling you Now per lieutenant ms. prentice we (officers) is to not do shit for you and our (officers) shift lieutenant and officers is Riding with that. Later on c/o mr. Jansen came on westcell House (wch) 5 gallery walking with the Nurse I identified my fullname to him He stated I know who you are and knows lieutenant ms. prentice Has it out for you c/o mr. Jansen (Jahnsen) stated He reviewed all of her listed postinotes and talked to lieutenant Assault in your Disciplinary History and Has A History of writing grievances on institution staffs then walked off. lieutenant c. creech came on the cell house gallery 5 stoped At my cell and stated Hoskins quit complaining to my officers about you not having coldwater in your cell nor Having shit to wash up with we not giving you shit you want some coldwater drink out of the toilet per lieutenant ms. prentice this how all other lieutenants and officers on each shifts is gonna treat you its Noted everywhere in the cell house we Riding with lieutenant ms. prentice

-4-

Since you HAVE A staff/officer Assault in your Disciplinary tracking History and A History of writing grievances on institution staffs. writing Letters to the governor of I.D.O.C yeah Hoskins we All been informed then He walked off. later on during the 11to7 shift c/o Mr.Ublish was Assigned to the west cell House (wch) 5 gallery later on during His shift c/o Ublish And c/o A.lewis did A walk on 5 gallery As c/o A.lewis walked past my cell I identified my fullname to c/o A.lewis c/o A.lewis immediately stated Hoskins I dont want to HeAr shit about your cell NO7 having coldwater that its full of Feces and shit it was told by lieutenant ms.prentice and our lieutenants NOT to move you to know Availible cells with coldwater working, sanitized cells Nor give you toilet tissue or hygeine products c/o A.lewis stated this As she walked the gallery and as she exit the gallery coming torse and leaving from torse my cell. c/o Mr.Ublish came on the gallery after c/o A.lewis And stated Hoskins I see you Just dont get it you staring trying to tAlk to officers About your cell conditions and shit and what you dont HAVE we dont give A fuck we is Abiding by what Lieutenant (lit.) ms.prentice HAVE told us and HAS Need for every shift to see and Abide by you is fucked Hoskins nothing is gonna change so quit bringing your issues to us (security staffs) we (officers) KNOW what your situation is when you Are in grace with Lit. ms.prentice we will be the first to know and as long as you living in that stinky ass cell with NO coldwater, toilet tissue Nor hygeine products we will know At all times About it until lieutenant ms.prentice let us know to give you what you suppose to get this is how you gonna live in that shitty smelling Ass cell then continued walking stating this as He walked from my cell until He was off the gallery. c/o A.lewis came to my cell with the nurse so that I could be served my prescribed psychotropic medications c/o A.lewis stated writing letters to the I.D.O.C governor ~~due~~ to us staff (officers) and Administration officers conduct torse you isnt gonna do you know good putting Attention on us. Aint gonna do shit but make us mistreat you like shit more and take what we suppose to Allow you to HAVE which is what we (officers) doing now by lieutenant ms.prentice REQuest c/o A.lewis Left with the unknown name nurse female white. during the 7to3 shift on september 27th 2014 in the west cell House (wch) c/o mr.R.Rodrick was Assigned to work five (5) gallery AS officer R.Rodrick pastout the breakfast food trays I told c/o R.Rodrick that I havnt had Any toilet tissue since I been Hosed in W521 cell c/o R.Rodrick stated Hoskins I dontgive A fuck im Not going Against lieutenant ms.prentice REQuest for you specially ~~due~~ to on staffs/officers I told c/o R.Rodrick that it wAs Flies And smAll insects Flying Around in my cell on me that had been preventing me from sleeping that my body was smelling and itching c/o R.Rodrick cut me off and stated of course its gonna be Flies & insects in A cell full of Feces c/o R.Rodrick stated deal with it, man up. I know you felt like A man when you Assaulted stateville c.c. officer J.Allen last year in February 2013 fuck you Hoskins. c/o R.Rodrick walked off exit the gallery. Lieutenant ms.prentice and other west cell House (wch) security staffs conducted A cell House cell search on 1&3 galleries in the west cell House (wch) I yelled to other inmates who I knew and who knew me as well and told them All that I had A 1:00pm call pass to the H.c.u. so that I could Review my medical & mental HeAlth records and that once I go to the HeAlth care unit (H.c.u.) I was gonna tell the HeAlth care unit (H.c.u.) staffs How lieutenant ms.prentice and Her cell House staffs on each shifts were mistreating me. lieutenant ms.prentice and officer R.Rodrick yelled to c/o G. Henkel and told him to tell the cage officer to let the HeAlth care unit (H.c.u.) staffs know that Hoskins Refused His chart review pass and after I told lieutenant prentice & c/o R.Rodrick that I had A 1:00pm H.c.u. chart review pass which they stated they knew I yelled to lieutenant ms.prentice and asked her what did she really do with my legal court documents, mail/letters, photos, hygeine cosmetics and

Obituaries, clothing items and personal belongings... # 4... Lieutenant Ms. Prentice stated
your right you have the right to have that shit but I (Lt) distroyed that shit lieutenant ms. prentice
stated if you write the courts for copies of your transcripts im gonna distroy them to And if
you write your family and request for somemore obituaries of your twin Brother, little sister
and the Brown complexion guy michael that was on a obituary as well im gonna distroy them to, I
Swore Hoskins im gonna drive you crazy im gonna make you wanna kill yourself or kill somebody watch
I stated nothing further to lieutenant ms. prentice. later on After hours had pass I yelled to a
officer who was walking on the upper galleries And asked him what time it was the unknown name
officer stated its minutes after 1:00pm due to how my unstnitized cell conditions with flies & insects
flying around me and around in the cell with being denied toilet tissue, hygeine products, clean
clothing, A cell with coldwater and due to how lieutenant ms. prentice told me she distroyed my
family relatives obituaries court documents and everything else that she knew ment alot to me due
to how Angry I were I started kicking on the cell door for security staff assistance & attention
officer/ c/o R. Rodrick came on the galley and stated you kick on this cell door Again lieutenant
ms. prentice is gonna have (reprisary) you and let officers enter my cell so they could beat me (physicaly abuse)
c/o (officer) R. Rodrick then begin kicking on my cell door stating you see how hard I could kick
& bang thats how him and other officers gonna kick and bang on my head if I continued to kick
on the door Again And stated watch c/o R. Rodrick stated its Alot of officers Ready to beat my
ass Anyway due to All the grievances that I wrote on officers At the pontiac c.c. and due to me
having A staff/officer Assault Agints a statenville c.c. c/o J. Allen c/o R. Rodrick stated you
is in Bad grace with All the institution wardens, superintendents, MAJORS, internal Affairs & intelligence
unit staff, So officers dont have to worry about being placed under investigation suspended nor fixed
after officers physicaly Abuse me or kill me officer/ c/o R. Rodrick walked off His shift end nothing
Happend for me during that shift. during the 3toll shift R. Slayton (officer) was assigned to work
the west cell House (wch) 5 galley c/o R. Slayton told me as He passed out the dinner trays that He
didnt want to hear shit about my cell condition issues. What I need that I dont have and if I get out
of control lieutenant mr. mcginnis has Already told them (officers) that they could enter my cell and
beat my ass and he will come on the galley nuse me and beat me to death c/o mr. R. Slayton stated
if I think He is playing Just try them (officers) c/o R. Slayton stated that lieutenant mr. mcginnis is
buddies with lieutenant ms. prentice so I know what type of party its gonna be officer R. Slayton
stated Lt. mr. mcginnis is the cell House lieutenant 5 days A week that He was there today in his
office chillin drinking coffee and didnt want No shit from No inmates and specially Not from me.
later durin the shift c/o (officer) MR. JAhnsen came on 5 galley with A medtech name ms. Any
I stoped her at my cell told her that my cell didnt have coldwater that worked from the sink
that I had to drink water out of A dirty toilet that I was itching bad due to my body being
unstnitized due to the staffs denying me hygeine products and other cleaning supplies that A human
need before I could finish officer (c/o) MR. JAhnsen stated Hoskins you dont tell know medtech
on us we (officers) is gonna continue to treat you the way we been treating you your not
getting shit c/o (officer) MR. JAhnsen stated lieutenant (Lt.) mcginnis is the cell House lieutenant today
and He (Lt.) told all officers if I Bug them About my cell conditions & Needs they is allowed to come
in my cell and beat my ass officer mr. JAhnsen exit the galley. I asked c/o R. Slayton during
His last galley walk why did He give other inmates their weekly toilet tissue and didnt give me
mine officer R. Slayton stated you dum fuck you Just dont get it No officers is to do shit for you
None of us officers is gonna give you shit that you need. Nothing HAppend for me during that
shift. later on during the 11 to 7 shift c/o (officer) A. lewis cenducted count in the west cell House
(wch) on 5 galley And A unknown name mAle white c/o with blond hair & blond facial hair
when both officers counted I identified my name to c/o A. lewis Block c/o A. lewis stated

Hoskins I dont want to hear nothing, you want your cell being unsinitized, No coldwater or shit C/o A. lewis walked off exited the gallery I identified my name to the unknown name male white officer He ignored me continued walking exited the gallery later during the 11 to 7 shift the unknown name officer did a gallery walk check prior to His shift ending I Agtin identified my full name to him and told him that I was in A cell and Have been in cell W521 for days without No coldwater, No toilet tissue, No hygeine products, No cleaning soap to sanitize the (my) cell with, No clothing, No clean sheets Nor blanket that flies and small insects had been flying around my cell on me that I had No choice but to drink water from the toilet the unknown name male white officer stated good thats how lieutenant ms. prentice

want you to suffer and its Noted by her (lieutenant ms. prentice) for No officers on any shifts to do anything for you ('plaintiff) the unknown name male white officer stated All officers was Honoring Her conduct and request this C/o unknown name male white proceeded walking stating All of that as He walked down the gallery exiting it. later on during the 11 to 7 shift C/o A. lewis came to my cell with the nurse so that I could be served my prescribed psychotropic medications C/o A. lewis stated Hoskins something is serious wrong with you. All officers is constantly telling you that officers is not doing shit for you, you staying in that cell with No coldwater, toilet tissue and we Aint giving you shit nor moving you to any of the Available cells this is what lieutenant ms. prentice wants / so we ('officers') Riding with her and all her post notes thats posted for every West cell house (wch) officers to see (review) C/o A. lewis exit the gallery with the nurse Nothing Happend for me during that shift. On September 28th 2014 during the 7 to 3 shift officer A. wilder was assigned to work west cell house (wch) 5 gallery as C/o A. wilder served the breakfast trays I identified my issues of Having to drink coldwater from out of my cell toilet due to the coldwater in my cell sink me off (turned off) Not working. Nor did I Have toilet tissue, soap, deodrant, toothpaste, tooth brushes, clothing Nor Bedding sheets & blankets, telling C/o A. wilder that I haunt had those things before I could finish officer (C/o A. wilder stated Hoskins I know All About that, C/o A. wilder stated that His lieutenant ms. Henry is their cell house lieutenant for the day that lieutenant ms. Henry was aware of All posted notes posted by lieutenant ms. prentice that stated and requested for all shifts staff (officers) to Not move me (Hoskins) to Any of the Available cells Nor give me Any clothing hygeine products Nor shit ('anything') officer A. wilder stated to me that him And all other officers were Riding with that. C/o A. wilder stated to me that him And all to Happy to Hear that I had been writing letters to the governor of the illinois Department of corrections letters (complaints) due to their officers conduct I told officer A. wilder that I Needed to speak with A crisis team staff member C/o A. wilder stated to me that He wasnt contacting No mental Health staff member And if I felt suicide or anything kill myself C/o A. wilder stated to me that lieutenant ms. Henry told them if I got out of control All do to how I was being treated She (lieutenant Henry) was gonna mase me and allow all officers to enter my cell and beat (physically abuse me) to death and if I thought officer A. wilder was playing thats All I had to do was get out officer A. wilder told me that He wasnt to Happy to Hear that I had numerous of grievances Agtints officers And had A staff/officer assault in my Disciplinary tracking History Agtints A stateville c.c. officer J. Allen And that He was gonna review my Disciplinary tracking History to see that like other officers have. A C/o ms. murray came in front of my cell I identified my full name to her (officer murray) officer ms. murray stated to me that she didnt want to Hear None of my complaints that I was told and is also noted by lieutenant ms. prentice for All officers to Not do shit for me ('Hoskins') nothing At All officer ms. murray stated that their lieutenant ms. Henry who was their cell House lieutenant for the shift told officers the same as well I identified my full name to A C/o mr.

Mr. Richardson who was assigned to the cell house with all bad cell conditions to him which was telling officer Mr. Richardson that I had Feces smeared everywhere in the cell me having no cold water in my cell, me having to drink water from out of the toilet, not having any toilet tissue, no hygeine products, no clothing items, no bedding sheets, blankets nor anything else that I had been need of Officer (C/O) Mr. Richardson stated that officers is its aware of all my issues and it came from Lieutenant Ms. Prentice to keep me housed like that and that Lieutenant (Lt.) Ms. Henry was their Lieutenant (Lt.) for that day and Lieutenant Ms. Henry told all officers that as well to keep me housed in the unsanitized cell with no cold water, clothing, bedding and hygeine products And that Lieutenant Ms. Henry stated I had nothing coming Officer Mr. Richardson stated I know how you are being treated is wrong but He couldn't be seen giving me anything nor moving me to anyother cell that was available and had cold water in it nothing happened for me during that shift. during the 3 to 11 shift A Heavyset brown complexion male office Name unknown counted on the West cell House (WCH) 5 gallery I identified my full name to that officer I told him that I had been housed in my cell for days without cold water toilet tissue and hygeine products this officer immediately stated Hoskins we (officers) all know who you are and its noted by Lieutenant Ms. Prentice for all officers to not do shit for you that Lieutenant Mr. McGinnis told officers the something that day. Officer (C/O) R. Slayton passed out dinner trays and told me once He got to my cell that He thought (thinc) im retarded and why was I constantly complaining about my cell unsanitized conditions and needs to officers like the officers cared about me c/o B. Slayton stated Hoskins you already know im not doing shit for you im not moving you to any available cell nor giving you any hygeine supplies, c/o R. Slayton told me that Lieutenant Mr. McGinnis had the cell house for that day and if I got out of control officers were gonna physically abuse me and Lieutenant Mr. McGinnis gave the officers the approval to do so. C/O R. Slayton passed (issued) out weekly cleaning soap to other inmates accept me so that the inmates could use the soap to sanitize their cells. I asked c/o R. Slayton why didnt He give me my weekly sanitation soap c/o R. Slayton stated the same reason why He didnt give me toilet tissue a day prior. Nothing happend for me during that shift. during the 11 to 7 shift Officer A. lewis and a unknown name male white officer with blond hair and blond facial hair counted on 5 gallery I identified my full name to him He immediately responded yelling Hoskins dont tell me shit about your cell being full of shit (Feces) not having cold water, hygeine products (supplies) or shit (Nothing) because officers dont give A fuck your not getting shit (Nothing) Officer A. lewis came behind that officer and stated Hoskins why are you steady trying to complain about your unsanitized cell conditions and about what you dont have and need we ("officers") dont give a fuck your gonna live in that cell the way you been per Lieutenant Ms. Prentice request. Nothing happend for me during that shift on September 29th 2014 during the 7 to 3 shift in the West cell House (WCH) officer Ms. Murray was assigned to work 5 gallery where I was housed at I identified my full name to her told her I had been in my cell since September 25th 2014 without cold water having to drink cold water from out of my cell toilet, being in the cell full of human Feces smeared everywhere in the cell, blood smeared all over my bedding mattress, Feces smeared on my sheets blanket being denied toilet tissue, hygeine supplies, clothing items, A sanitized cell & cell with cold water, being denied weekly sanitation cell cleaning soap Officer Ms. Murray told me she knew who the fuck I were per Lieutenants Ms. Prentice & Ms. Henry that is how I was to be treated and had to be housed that I had a staff/officer assault in my disciplinary tracking history had a history of writing grievances on Pontiac c.c. staffs and had been writing letters complaints to the governor of I.D.o.c. do to their officers & staffs negative conduct torse me c/o (officer) Ms. Murray stated to me telling me she wasnt doing shit (Nothing) for me and if I was tired or too tired...

-8-

officers negative conduct to see me kill myself. C/O (officer) Ms.Rice Came to my cell to Let me out for Yard  I told c/o Ms. Rice about my same living condition issues officer Ms. Rice stated per lieutenants Ms. prentice & Ms. Henry that is what I got coming  as c/o Ms. Rice walked me down the gallery C/O Mr. moroney was standing at another inmate cell searching that inmate unknown name prior to taking the inmate to the Yard  C/O Mr. moroney stated keith you thought me and lieutenant Ms. prentice was playing when we told you we was gonna distroy your family members obituaries, court documents and photos of your family and put you in a cell with no coldwater C/O Mr. moroney stated that is what you get when you write grievances and letters to the governor on officers and get when you have a staff/officer assault in your disciplinary tracking history  I ignored c/o Mr. moroney as I walked down the gallery  C/O Mr. moroney yelled to me stating I see that was your twin brother little sister and another guy who you related to on them obituaries you will never see them obituaries again you better hope your family have more of them as I walked down the stairs  I walked past lieutenant (Lt.) Ms. Henry  I identified my name to her lieutenant Ms. Henry stated I dont want to hear shit from you Hoskins you better walk your ass onto the yard its a reason why you are going (allowed) to go to yard-lieutenant came on the yard making sure all the cages were locked  I told her the something that I told officer Ms. murry, Ms. Rice and other officers lieutenant Ms. Henry Response was per lieutenant Ms. prentice this is how you gonna be treated continue to drink coldwater from out of the toilet im not moving you to another cell thats available and his coldwater nor is you getting toilet tissue, hygeine supplies, clothing items nor shit  I promise this is how we ("officers") treat staff/officer assaulters and grievance writers and letters to the governor dont mean shit to us (officers') lieutenant Ms. Henry stated that on a day prior officers A.wilder, Ms. murry and Mr. Richardson told her that I brought my same complaints to them and she told them what to tell me  lieutenant Ms. Henry stated that she dont have to report ~~what she told them to tell me because~~ they told her that they already told me what she Lt. Ms. Henry stated. Nothing ~~Happend~~ ~~for~~ ~~me~~ ~~during~~ ~~that~~ ~~shift~~ ~~during~~ ~~the~~ ~~3to11~~ ~~shift~~  Happend for me during that shift during the 3to11 shift  C/O Mr. Duree conducted count on the westcell house (wcH) 5 gallery  I identified my name to C/O Mr. Duree he stated I know who you are as he walked past my cell C/O Duree stated lieutenant mr. mcGinnis had just told all officers in the westcell house not to do shit for me then he continued walking down off the gallery when officer R.sutton passed out Dinner trays C/O R.sutton stated Hoskins Why are you constantly texing to tell different officers about how Lt. Ms. prentice has you housed in that cell all officers knows not to do shit ("nothing") for you it was told and noted by Lt. Ms. prentice  C/O R.sutton stated lieutenant Mr. mcGinnis had the cell House for the day and the already told all officers not to give me hygeine supplies, toilet tissue, sanitation soap nor anything per lieutenant Ms. prentice Reavers and past notes, Nothing Happend for me during that shift. during the 11to7 shift A unknown name mate white order age Bald head officer with blondish red gold beared with glasses was assigned to the westcell House (wcH) 5 gallery  this unknown name officer did 11:00pm count on 5 gallery with C/O A Lewis  I identified my name to him He immediately Responded as He walked past my cell going to the last cell then He reversed & exit the gallery as he was walking down the gallery He stated Hoskins I dont want to Hearshit ("Nothing") about your Needs of , Needing hygeine supplies, clothing, toilet tissue, a cell that has coldwater working, that your cell has Feces in it because we ("officers) dont give a fuck per lieutenant Ms. prentice this is what you got coming staff/officer assaulter grievance writer that officer exit the gallery. later during on during the 11to7 shift C/O A.Lewis come to my cell House with the Nurse so that I could be served my prescribed psychotropic medictions  C/O A.Lewis stated I see my co-worker your gallery c/o had to immediately tell you not to ask him for shit ("Nothing") that officers dont ("didnt") give a fuck about me  C/O A. Lewis stated you just dont get it Hoskins aint Nobody doing shit for you. Nothing Happend for me during that shift on September 30th 2014 during the 7to3 shift in the westcell House (wcH) C/O Ms. metHkens was assigned to the westcell House (wcH) 5 gallery as C/O Ms. metHkens issued out the breakfast trays  I identified my name to Her told her that I had been Housed in cell W521 with No coldwater, Having to drink water out of the toilet, that I had No toilet tissue, hygeine supplies clothing, that my sheets & Blanket was smeared with Feces my bedding matthass was smeared with blood and Feces C/O K.metHkens stated Hoskins I know who you are, and how you being treated comes per lieutenant Ms. prentice that Lt. Ms. prentice had it Noted to leave me Housed like I were  C/O Ms. metHkens stated to me that lieutenant Ms. prentice is wrong, that lieutenant Ms. prentice does not have the right to treat me the way she been treating me nor has the right to post notes & tell other shifts officers to do the same. C/O no is