Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Joshua Lee Hoskins, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> K Prentice, C Creech, P McGinnis, ) <br> .Eutsey, .Henry, E Vilt, D Shull, .Delong, ) <br> Guy D. Pierce, M Taylor, .Moroney, ) <br> Scott Holte, V Transcoso, ) <br> Michael Melvin, Anabelle Motteler, ) <br> J Bennett, .Boland, .Leonard, ) <br> .Shumaker, Randy Pfister, P Thorson, ) <br> .Posey, R Hitchens, Andrew Tildin, ) <br> Jane Doe 1, John Doe 1, Jane Doe 2, ) <br> .Keshieman, Jane Doe 3, Jane Doe 4, ) <br> Jane Doe 5, K Davidson, Jane Doe 6, ) <br> John Doe 2, John Wheat, .Skeens, ) <br> John Doe 3, Diane Pouk, V Gonzalez, ) <br> John Doe 4, A Moorhouse, Jane Doe 7, ) <br> .Hobart, .Lewis, J Nemberg, Jane Doe 8, ) <br> Jane Doe 9, Jane Doe 10, Jane Doe 11, ) <br> .Ojelade, Nurse John Overfelt, D Afolabi, ) <br> Adam Grieff, .Long, Teri Kennedy, ) <br> Jane Doe 12, Jane Doe 13, .Hadsall, ) <br> James A Cruso, J. James, ) <br> Kathleen Bruner, Amy Melvin, .Shelton, ) <br> .Leroy, .Blackwell, .Schardan, ) <br> .Winemiller, K. Sandlin, Travis Bayler, ) <br> John Schuster, Jerome Mitchell, ) <br> S. Simpson, .Whitecotten, .Webber, ) <br> Jim B Attig, Jane Doe 14, .McClure, ) <br> T Wells, .Todd, .Beal, .Dalten, ) <br> .Leonard #2, T Nodine, .Blackard, .Allen, ) <br> .Lindsay, .Davis, J Olson, John Doe 5, ) <br> Tod Punke, .French, .Raineri, ) <br> ) <br> Defendants. ) | Case Number: 15-1134 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Judgment is entered in favor of Defendants and against Plaintiff. This case is dismissed with prejudice. Each party is to bear its own costs. THIS CASE IS CLOSED.

Dated: 07/25/2018

s/ Denise Koester
Denise Koester
Acting Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge